## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

LENDER TOOLKIT, LLC

        Plaintiff,

v.

CELEBRITY HOME LOANS, LLC

        Defendant.

## COMPLAINT

        Plaintiff Lender Toolkit, LLC hereby complains and alleges against Defendant Celebrity Home Loans, LLC as follows:

### PARTIES

        1.    Plaintiff Lender Toolkit, LLC ("LT" or "Plaintiff") is a Delaware limited liability company with its principal place of business in Utah.

        2.    LT's members are residents of Utah and Michigan.

        3.    Defendant Celebrity Home Loans, LLC ("Defendant") is a Delaware limited liability company with its principal place of business in Illinois. At all relevant times, Defendant is and has been registered as a foreign entity doing business in Colorado with the Colorado Secretary of State.

### JURISDICTION AND VENUE

        4.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the amount n controversy exceeds $75,000.00 and because the Parties are not residents of the same states. There is therefore diversity of citizenship.

        5.    Venue is proper in this District Court pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claims occurred in this district, and because the agreement between the parties was to be performed in Colorado and it is governed by Colorado law.

## GENERAL ALLEGATIONS

6. On or about July 13, 2021, Defendant entered into an agreement for various services and software solutions provided by LT (the "Agreement").

7. Under the terms of the Agreement and its subsequent amendments, Defendant is obligated to pay LT for these services and software solutions.

8. Defendant breached the Agreement by failing to keep up on its payment obligations while continuing to utilize the services and software solutions.

9. As a result of these breaches, Defendant owes LT at least $97,287.90 and for all services and software solutions provided on an ongoing basis, plus all other amounts due and owing for the term of the contract.

10. Pursuant to the Agreement, LT is entitled to the costs of collection including court costs and reasonable attorney fees.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

11. LT incorporates all preceding paragraphs as if fully set forth herein.

12. LT and Defendant were parties to a valid and enforceable agreement.

13. LT performed all of its obligations under the terms of the Agreement.

14. Defendant breached the Agreement by failing to make payments due.

15. This breach damaged LT in an amount equal to the amount of payments not made, which is at least $97,287.90, plus all other amounts to which LT is entitled and would have received but for Defendant's breaches.

16. Accordingly, LT is entitled to judgment for actual, consequential, special, and other damages in an amount to be proven at trial, plus pre- and post-judgment interest, and the costs and attorney fees incurred in this action.

## SECOND CAUSE OF ACTION
### (Unjust Enrichment)

17. LT incorporates all preceding paragraphs as if fully set forth herein.

18. To the extent that the Agreement is not enforceable for any reason or does not provide LT with full relief, Defendant was also unjustly enriched.

19. Defendant received the benefits of the use of LT services and software solutions.

20. These benefits were at the expense of LT.

21. It would be unjust for Defendant to retain these benefits without compensating LT.

22. Accordingly, LT is entitled to judgment at least equal to the amount that Defendant was unjustly enriched and/or the value of the services and software solutions provided by LT.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Lender Toolkit, LLC prays for and asks the Court to award the following relief:

i. For judgment on LT's first cause of action for breach of contract for actual, consequential, and special damages in an amount to be determined at trial;

ii. For judgment on LT's second cause of action for unjust enrichment for damages in an amount to be determined at trial;

iii. For an award of attorney fees and costs incurred in this action as permitted by contract, statute, or other applicable law;

iv. For prejudgment and post-judgment interest per the Agreement or as otherwise permitted by statute or other applicable law; and

v. For all other relief to which LT is entitled in law or in equity.

DATED this 18th day of May, 2023.

Respectfully submitted,

FORTIS LAW PARTNERS LLC

*s/ Cara Thornton*
Cara Thornton, Atty. Reg. #34141
Fortis Law Partners LLC
1900 Wazee Street, Suite 300
Denver, CO 80202
Phone: (303) 295-9700
Fax: (303) 295-9701
cthornton@fortislawpartners.com
*Attorney for Plaintiff*